IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RICHARD ALAN ARLEDGE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:13cv539 |
| | § | CRIMINAL ACTION NO. 4:09cr89(1) |
| UNITED STATES OF AMERICA | § | |

**ORDER OF DISMISSAL**

The above-entitled and numbered civil action was referred to United States Magistrate Judge

Don D. Bush. The Report and Recommendation of the Magistrate Judge, which contains proposed

findings of fact and recommendations for the disposition of such action, has been presented for

consideration. No objections were timely filed. The court concludes that the findings and

conclusions of the Magistrate Judge are correct, and adopts the same as the findings and

conclusions of the court except that the sentencing occurred on November 4, 2011. It is therefore

**ORDERED** that the motion to vacate, set aside or correct sentence is **DENIED** and the case

is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. All motions by either

party not previously ruled on are hereby **DENIED**.

**SIGNED this the 14th day of June, 2016.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE